**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6624**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

JOHN HOWARD HUDSON, a/k/a Nort,

        Defendant – Appellant.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T.
Copenhaver, Jr., District Judge. (2:99-cr-00048-1)

Submitted: March 10, 2009        Decided: April 7, 2009

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael T. Clifford, Charleston, West Virginia, for Appellant.
J. Patrick Rowan, Assistant Attorney General, Michael Mullaney,
John W. Van Lonkhuyzen, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Howard Hudson timely appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and motion to supplement. We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>United States v. Hudson</u>, No. 2:99-cr-00048-1 (S.D. W. Va. Apr. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>